## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

**JOSIAH GIBSON, on behalf of himself and
on all others similarly situated;**

**Plaintiff,**

vs.

**BURLINGTON CAPITAL PM GROUP, INC,
and BURLINGTON CAPITAL
PROPERTIES, LLC,**

**Defendants.**

**8:24CV299**


**ORDER**

The Court held a telephone conference with counsel for the parties on August 20, 2025, regarding their dispute over Defendants' request to serve three Rule 45 subpoenas.  In advance of the conference, counsel submitted the attached discovery dispute statements to the Court regarding their dispute.  The Court's rulings were stated on the record during the call.

**IT IS SO ORDERED.**

Dated this 20th day of August, 2025.

BY THE COURT:


s/Michael D. Nelson
United States Magistrate Judge